# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                                    CASE NO. 19-02693-5-DMW

**TONEY LEE ARRINGTON**

DEBTOR ⸱                                                  CHAPTER 13

## DEBTOR'S VERIFIED MOTION TO EXTEND AUTOMATIC STAY

Now come the Debtor, by and through counsel, and move this court to order, under 11 U.S.C. § 362(c)(3), that the full protections of the automatic stay be extended in this case until terminated under 11 U.S.C. § 362(c)(1) or (2), or until further order of the court. In support of this motion, the Debtor shows the court as follows:

1.  The Debtor filed the above-captioned case on June 12, 2019.

2.  On September 7, 2018 the Debtor filed a prior chapter 13 case bearing the assigned Case No. 18-04620-5-JNC, in the Eastern District of North Carolina. The court dismissed that case on April 8, 2019. The dismissal of the prior case was because of the following:

☑   Debtor had his hours reduced because he was injured and unable to work. Debtor did receive some income during this time due to accrued vacation. However, due to his injury he was unable to work his customary overtime. This resulted in a net loss of approximately $2,200 per month.

3.  The Debtor's circumstances have substantially changed because:

☑   Debtor's injury no longer prevents his regular work, and his customary overtime. He has returned to his regular employment and his customary overtime. Debtor's income currently is $2,200 to $2,600 bi-weekly.

4.  As required by E.D.N.C. LBR 4001-1 (d)(1), this motion:

☑   is filed within five (5) days of the petition date

5.  The Debtor has demonstrated by clear and convincing evidence that the current case is filed in good faith. The Debtor's circumstances have substantially changed so that the reason for dismissal in the prior case is not likely to recur and this case can be completed.

Wherefore, the Debtor prays for the court to enter an order extending the automatic stay as to all creditors until it would terminate under 11 U.S.C. §§ 362(c)(1) or (2), or until further order of the court, and for such further relief as the court deems just and appropriate.

Dated: June 13, 2019

/s/ Leslie Locke Craft
LESLIE LOCKE CRAFT
Attorney for Debtor
N. C. State Bar # 13021
3202 B Sunset Avenue
Rocky Mount, NC 27804
(252) 443-0885

## DECLARATION

Under penalty of perjury, I, Toney Lee Arrington, hereby certify that I have personal knowledge of all the information contained in the pleading above and all information is true and accurate, to the best of my knowledge.

_Toney Lee Arrington_
Toney Lee Arrington


Sworn and subscribed to me this the _13_ day of _June_ _____, 20 _19_

_Heather N Wentz_
Notary Public                                                    Notary Seal

> HEATHER N WENTZ
> NOTARY PUBLIC
> DUPLIN COUNTY, NC
> My Commission Expires 10-13-2020

**END OF DOCUMENT**

3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION


AFFIDAVIT

In re:  TONEY LEE ARRINGTON                    Case No. *19 - 02693-5-DMW*
Debtor                                          Chapter 13


I am the debtor in the above referenced bankruptcy case. Debtor filed a previous bankruptcy petition on September 7, 2018, case number is 18-04620-5-JNC and the case was dismissed on April 8, 2019. The purpose of this bankruptcy was to stop foreclosure and catch up on house payments. My monthly payment was $1,781. When I filed this petition, I was employed at Honeywell earning $31.52 per hour. I was also working a significant amount of overtime regularly earning $1,000 to $1,200 every two weeks.

I fell behind in my Chapter 13 Plan payment due to a decrease in hours that I was able to work last Fall. I was injured and unable to work. I did receive some income during this time due to accrued vacation. However, since I was injured I was unable to work my customary overtime. This resulted in a net loss of approximately $2,200 per month. I was unable to meet my household expenses and make my plan payments.

My circumstances have now changed in that my injury no longer prevents my regular work. I have returned to my regular employment and my regular overtime. My total income is currently $2,200 to $2,600 bi-weekly.

The purpose of this bankruptcy filing is to allow me to catch up on my mortgage payments. I believe that I will be able to successfully complete this bankruptcy.

_Toney L Arrington_
Toney Lee Arrington


Sworn to and subscribed to before me
This *13* day of *June*              , 2019

_Heather N Wentz_
Notary Public

My commission expires:  *10-13-20*

HEATHER N WENTZ
NOTARY PUBLIC
DUPLIN COUNTY, NC
My Commission Expires 10-13-2020

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                                    CASE NO. 19-02693-5-DMW

TONEY LEE ARRINGTON

    DEBTOR                                          CHAPTER 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF MOTION

TO: PARTIES IN INTEREST

    NOTICE IS HEREBY GIVEN of the Motion to Extend of Automatic Stay and Notice of Motion filed herewith by Debtors in the above captioned case; and

    FURTHER NOTICE IS HEREBY GIVEN that if you fail to respond or otherwise plead or request a hearing within **14 days** from the date of this notice, the relief requested in the Motion may be granted without further hearing or notice; and

    FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed by the parties in interest named herein in writing within the time indicated, a hearing will be conducted on the **Motion on Thursday, July 11, 2019 at 10:30am at United States Bankruptcy Courthouse, 150 Reade Circle, Greenville, NC 27858.**

    DATE OF NOTICE: June 13, 2019

                          /s/ Leslie Locke Craft
                          LESLIE LOCKE CRAFT
                          Attorney for Debtor
                          N. C. State Bar # 13021
                          3202 B Sunset Avenue
                          Rocky Mount, NC  27804

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion To Extend Automatic Stay and Notice of Motion were served upon:

Toney Lee Arrington                           served by U.S. mail
2482 Tom George Road
Nashville, NC 27856

John F. Logan, Trustee                        served electronically

See attached creditor matrix                  served by U. S. mail

By depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other depository under the exclusive care and custody of the United States Postal Service and/or by electronic mail, if applicable.

DATE:  June 13, 2019

/s/Leslie Locke Craft
LESLIE LOCKE CRAFT
3202 B Sunset Avenue
Rocky Mount, NC  27804
Telephone: (252) 443-0885

5

.

1st International Loan
po box 708368
Sandy, UT 84070

ABC Loans
416 N Air Depot Blvd
Oklahoma City, OK 73110

Altair OH XIII, LLC
c/o Weinstein, Pinson & Riley, PS
2001 Western Blvd Suite 400
Seattle, WA 98121

American Info Source
PO Box 5008
Ste 400
Carol Stream, IL 60197

Barclays - FDIC
po box 8803
Wilmington, DE 19899

Delbert
po box 370
Timber Lake, SD 57656

Employment Security Commission ofNC
Post Office Box 26504
Raleigh, NC 27611-6504

EZ Payday Cash
4760 South Highland Drive
Suite 654
Salt Lake City, UT 84117

Hunovel Law Firm
501 Minuet Lane, Ste 104A
Charlotte, NC 28217

Inbox Loan
po box 881
Santa Rosa, CA 95402

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Joyce Arrington
1340 Dogwood Ave
Rocky Mount, NC 27804

Lendgreen
po box 221
Lac Du Flambeau, WI 54538

Loan Max
2596 Cherry Road
Rock Hill, SC 29732

LVNV Funding LLC
PO BOX 10584
Greenville, SC 29603

Maxland
po box 639
Parshall, ND 58770

My Loan Site
po box 188
Fort Thompson, SD 57339

Nash County Clerk of Court
PO Box 759
Nashville, NC 27856

Nash County Tax Collector
120 W Washington St, Ste 2058
Nashville, NC 27856

North Carolina Dept. of Revenue
Attn: Bankruptcy Unit
Post Office Box 1168
Raleigh, NC 27602-1168

Preston Hart
2117 Beekman Place
Wilson, NC 27896

Ray Masssengal
2638 Stricklands Crossroads Rd
Four Oaks, NC 27524

Spot Loan
c/o BlueChip Financial
po box 720
Belcourt, ND 58316

Target Cash Now
po box 581
Hays, MT 59527

UNC Health Care
po box 1123
Minneapolis, MN 55440

US Attorney, Civil Process Clerk
310 New Bern Ave
Ste. 800, Federal Bldg.
Raleigh, NC 27601-1461

Vanderblit Mortgage & Finance, In
Attn: Officer or Managing Agent
Post Office Box 9800
Maryville, TN 37802

Zoco Loans
po box 1147
Martin, SD 57551

.